IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–02103–EWN–MJW

GLORIA MAESTAS,

    Plaintiff,

v.

NATIONAL ENTERPRISE SYSTEMS,
INC., a Ohio corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THE COURT having reviewed the Notice of Dismissal with Prejudice and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay its own attorney's fees and costs.

Dated this 29th day of November, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge